Nos. 25-2398, 25-2494

In The

# United States Court of Appeals
## for the Third Circuit

---

THE PENNSYLVANIA STATE UNIVERSITY,

*Plaintiff-Appellant/Cross-Appellee,*

vs.

VINTAGE BRAND LLC, ET AL.,

*Defendants-Appellees/Cross-Appellants.*

---

On Appeal from the United States District Court
for the Middle District of Pennsylvania, Case No. 4:21-cv-01091
Honorable Matthew W. Brann, U.S. District Judge

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SECOND STEP BRIEF**

---

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Third Circuit L.A.R. 31.4, Defendants-Appellees Vintage Brand LLC, Sportswear, Inc., and Chad Hartvigson ("Appellees") respectfully move for a seven-day extension of time within which to file their second step brief. Appellees have consulted with counsel for Appellant, who consent to this request.

1

The current deadline for Appellees' second step brief is Thursday, March 5, 2026. The requested extension would move the deadline to Thursday, March 12, 2026. This is Appellees' second request for an extension of time.

Good cause exists for the requested extension, and this motion is not made for any improper purpose or delay. Appellees have recently retained Professor Mark McKenna as the undersigned's co-counsel in connection with this appeal. Considering the nature of the issues on appeal, additional time is necessary for Professor McKenna to participate materially in the appeal. This one-week extension will not unduly delay the proceedings or cause prejudice to either party.

For the foregoing reasons, Appellees respectfully request that the deadline to file their second step brief be extended seven days from March 5 to March 12, 2026.

Dated:  February 17, 2026.        Respectfully submitted,

          By: */s/ Joshua D. Harms*
              Joshua D. Harms
              Washington State Bar No. 55679
              John T. Fetters
              Washington State Bar No. 40800
              STOKES LAWRENCE, P.S.
              1420 Fifth Avenue, Suite 3000
              Seattle, Washington 98101
              Phone: (206) 626-6000
              Joshua.Harms@stokeslaw.com
              John.Fetters@stokeslaw.com

*Attorneys for Vintage Brand LLC,
Sportswear, Inc. and Chad Hartvigson*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because: the motion contains 187 words, excluding the parts exempted by Rule 27(a)(2)(B).

This motion complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because: the motion has been prepared in a proportionally spaced 14-point Century Schoolbook font using Microsoft Word.

*/s/ Joshua D. Harms*
Joshua D. Harms

## CERTIFICATE OF SERVICE

I hereby certify that, on February 17th, 2026, the foregoing was filed with the Clerk of the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system, which will also serve counsel of record.

*/s/ Joshua D. Harms*
Joshua D. Harms
