# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No.** 25-2398, 25-2494

The Pennsylvania State University vs. Vintage Brand, LLC., et al.

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

Amici Curiae Trademark Law Professors (see attached Appendix)

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ☐ Appellee(s)   ☑ Amicus Curiae

(Type or Print) Counsel's Name  Phillip R. Malone

☑ Mr.   ☐ Ms.   ☐ Mrs.   ☐ Miss   ☐ Mx.

Firm  Juelsgaard Intellectual Property and Innovation Clinic, Stanford Law School

Address  559 Nathan Abbott Way

City, State, Zip Code  Stanford, CA 94309

Phone  650-725-6369          Fax  650-723-4426

**Primary E-Mail Address (required)**  pmalone@law.stanford.edu
**Additional E-Mail Address (1)**  jipic@law.stanford.edu
**Additional E-Mail Address (2)**
**Additional E-Mail Address (3)**

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

## SIGNATURE OF COUNSEL: /s/ Phillip R. Malone

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

# APPENDIX—LIST OF *AMICI*

*Amici curiae* are the 25 Trademark Law professors listed below. Affiliation is provided for identification purposes only; all signatories are participating in their individual capacity and not on behalf of their institutions.

**Professor Mark Bartholomew**
University of Buffalo School of Law

**Professor Michael Carroll**
American University Washington College of Law

**Professor Zachary L. Catanzaro**
Widener University Delaware Law School

**Professor Andrew Chin**
University of North Carolina School of Law

**Professor Stacey Dogan**
Boston University School of Law

**Professor Dave Fagundes**
Emory University School of Law

**Emeritus Professor William T. Gallagher**
Golden Gate University School of Law

**Professor Jim Gibson**
University of Richmond School of Law

**Professor Laura A. Heymann**
William & Mary Law School

**Professor Timothy T. Hsieh**
Oklahoma City University School of Law

**Professor Stacey M. Lantagne**
Suffolk University Law School

**Professor Yvette Joy Liebesman**
Saint Louis University School of Law

**Professor Jessica Litman**
University of Michigan Law School

**Professor Glynn S. Lunney, Jr.**
Texas A&M University School of Law

**Professor Sari Mazzurco**
SMU Dedman School of Law

**Professor Joseph Scott Miller**
University of Georgia School of Law

**Professor Viva R. Moffat**
University of Denver College of Law

**Professor Jef Pearlman**
Boston University School of Law

**Professor Aaron Perzanowski**
University of Michigan Law School

**Professor Betsy Rosenblatt**
Case Western Reserve University Law School

**Professor Guy Rub**
Temple University Beasley School of Law

**Professor Pamela Samuelson**
University of California Berkeley School of Law

**Professor Jason Schultz**
NYU School of Law

**Professor Jessica Silbey**
Boston University School of Law

**Professor Matthew Sipe**
University of Baltimore School of Law